**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 22-7375**

UNITED STATES OF AMERICA,

    Plaintiff - Appellee,

  v.

NORWOOD COOK,

    Defendant - Appellant.

Appeal from the United States District Court for the Western District of Virginia, at Harrisonburg.  James P. Jones, Senior District Judge.  (5:02-cr-30087-JPJ-1)

Submitted:  February 21, 2023      Decided:  February 24, 2023

Before NIEMEYER and DIAZ, Circuit Judges, and MOTZ, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Norwood Cook, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Norwood Cook appeals the district court's order denying his motion for relief from its November 19, 2020, order denying his motion for reconsideration of its May 21, 2020, order forfeiting a substitute asset under 21 U.S.C. § 853(p) and Fed. R. Crim. P. 32.2(e)(1)(B).   We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order.   *United States v. Cook*, No. 5:02-cr-30087-JPJ-1 (W.D. Va. Oct. 28, 2022).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*